# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**,

v.

**ERLAND OLSON**, *et al.*,

    *Defendants.*

**Case No. 1:25-cr-69-RCL**

## ORDER

Upon consideration of Defendant Gallagher's Motion for Pretrial Conference Pursuant to Section 2 of the Classified Information Procedures Act [ECF No. 93], the Government's response [ECF No. 94], Gallagher's reply [ECF No. 95], and Defendant Olson's response [ECF No. 97], the request for a pretrial conference pursuant to Section 2 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3 is **GRANTED**.

The parties are **ORDERED** to submit a joint status report in the next 14 days proposing dates for the hearing to take place.

**IT IS SO ORDERED.**

Date: _____3. 5-26_____

_____Royce C. Lamberth_____
Royce C. Lamberth
United States District Judge